AO 245D   (Rev. 9/00) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

UNITED STATES OF AMERICA
V.
PEDRO CHARLES

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 00-939-CR-JORDAN

DANIEL ECARIUS, AFPD
Defendant's Attorney

**THE DEFENDANT:**

x  admitted guilt to violation of condition(s)  1, 2 and 3  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| One | Failing to refrain from violation of the law | 2/10/08 |
| Two | Failing to participate in the Spectrum Residential Center. | 5/28/08 |
| Three | Failing to refrain from the use of alcohol | 2/10/08, 5/24/08 and 5/25/08 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec.: 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

Defendant's Date of _____

Defendant's USM No.: 60506-004

Defendant's Residence Address: _____

Defendant's Mailing Address: _____

October 14, 2008
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Adalberto Jordan, U. S. District Court Judge
Name and Title of Judicial Officer

10-15-08
Date

AO 245D   (Rev. 9/00) Judgment in a Criminal Case for Revocations
　　　　　 Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:     PEDRO CHARLES
CASE NUMBER:   00-939-CR-JORDAN

## IMPRISONMENT

　　The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   3 months   .

　　The court makes the following recommendations to the Bureau of Prisons:

X　　The defendant is remanded to the custody of the United States Marshal.

　　The defendant shall surrender to the United States Marshal for this district:

　　　　at   2:00   ☐ a.m.   X p.m.   on   1/30/09   .
　　☐ as notified by the United States Marshal.

　　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　　　before 2 p.m. on   _____   .
　　　　as notified by the United States Marshal.
　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

　　Defendant delivered on   _____   to   _____
at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page 3 of 3

DEFENDANT: PEDRO CHARLES
CASE NUMBER: 00-939-CR-JORDAN

## ADDITIONAL IMPRISONMENT TERMS

TERM OF SUPERVISED RELEASE PREVIOUSLY IMPOSED IS REVOKED.